# IN THE UITED STATES DISTRUCT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN PAPER OPTICS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Case Number 2:23-CV-2107 SHL/atc |
| ) | |
| HOWARD ALAN ZIMMERMAN ) | |
| d/b/a Lunaweb and ) | |
| ENOM, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFAULT JUDGMENT DENIED

On April 25, 2023, plaintiff, American Paper Optics, LLC, requested default judgment against defendant Howard Alan Zimmerman.

Plaintiff has not requested an Entry of Default as required by Rule 55.

For good cause shown, the court may set aside this denial or default judgment pursuant to Rule 55(c).

Entered this 26th day of April, 2023

Wendy R. Oliver
Clerk of Court

By: s/ Judy Easley
Deputy Clerk